IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOSEPH ALFREDO SAYAGO;
HELADIO MORALES-ALVARADO, and
CESAR OLAYO-LULE,

        Plaintiffs,

   v.

KEVIN THOMPSON, individually,
and GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK, a foreign
corporation licensed to do
business in Oregon,

        Defendant.

Civil No. 09-1295-HU

ORDER OF DISMISSAL OF
DEFENDANT GREAT AMERICAN
INSURANCE COMPANY OF NEW YORK

KING, District Judge.

    Based on the stipulation of the parties,

    IT IS HEREBY ORDERED that any and all claims pending between plaintiffs and defendant Great American Insurance Company of New York are DISMISSED, with prejudice, and with no award of attorney's fees or costs to any party.

    DATED this  9th   day of August, 2010.

                      /s/ Garr M. King

                      Garr M. King
                      United States District Judge