IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOSEPH ALFREDO SAYAGO, et al.,                              No. CV. 09-1295-HU

       Plaintiffs,                                          ORDER

  v.

ANGEL JIMINEZ, et al.,

       Defendants.

D. Michael Dale
LAW OFFICES OF D. MICHAEL DALE
P.O. Box 1032
Cornelius, OR 97113

Meg Heaton
NORTHWEST WORKERS' JUSTICE PROJECT
917 Oak Street, Suite 412
Portland, OR 97205

       Attorneys for Plaintiffs

/ / /

/ / /

1 - ORDER

HERNANDEZ, District Judge:

Magistrate Judge Dennis James Hubel issued a Findings and Recommendation (doc. #59) on November 3, 2011, in which he recommends that I deny Plaintiffs' motion for relief from judgment (doc. #55). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.

Because no objections to the Magistrate Judge's Findings and Recommendations were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

The court ADOPTS the Magistrate Judge's Findings and Recommendations (doc. #59). Accordingly, Plaintiffs' motion for relief from judgment (doc. #55) is DENIED.

IT IS SO ORDERED.

DATED this 23rd day of November, 2011.

/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge

2 - ORDER